**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 15 2025

TAMMY M. DOWNS, CLERK
By: _____
DEP CLERK

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
_Central_ **DIVISION**

CASE NO. _4:25-CV-00945-LPR_

Jury Trial: ☐ Yes ☐ No
**(Check One)**

I.    Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

A.    Name of plaintiff: _Donesha Jackson_
ADC # _____

Address: _PO Box 1704 Pine Bluff, AR 71613_

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

This case assigned to District Judge _Rudofsky_
and to Magistrate Judge _Moore_

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.    Name of defendant: _Robert Williams_

Position: _DHS Division Administrator_

Place of employment: _Arkansas Department of Human Services_

Address: _700 Main Street Little Rock, AR 72203_

Name of defendant: _Cynthia Willard_

Position: _Social Services Area Manager_

4

Place of employment: Arkansas Department of Human Services

Address: 700 Main Street Little Rock, AR 72203

Name of defendant: Martha Riley

Position: Program Eligibility Supervisor/Expert

Place of employment: Arkansas Department of Human Services

Address: 700 Main Street Little Rock, AR 72203

Name of defendant: Felicia Kremers

Position: Social Services County Manager III

Place of employment: Arkansas Department of Human Services

Address: 700 Main Street Little Rock, AR 72203

—> over for additional defendant

II.    Are you suing the defendants in:

☐    official capacity only
☐    personal capacity only
☑    both official and personal capacity

III.    Previous lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓    No ___

B.    If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☑    Parties to the previous lawsuit:

Plaintiffs: Donesha Jackson

Defendants: Arkansas Department of Human Services

5

Defendant —

Name— Shanee Birl

Position—Program Eligibility Supervisor/Expert

Place of Employment—ArKansas Department of Human Services

Address— 700 Main Street Little Rock, AR 72203

☑ Court (if federal court, name the district; if state court, name the county):

_United States District Court Eastern District of Arkansas_

☑ Docket Number: _4:24-CV-00445-KGB_

☑ Name of judge to whom case was assigned: _Kristine G. Baker_

☑ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _Still Pending_

☑ Approximate date of filing lawsuit: _5/20/24_

☑ Approximate date of disposition: _Still Pending_

IV.    Place of present confinement: _____

_____

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grièvance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes _____    No _____

B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

6

Yes _____   No _____

If not, why? _____

_____

VII.   Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

See Attached documents and timeline

7

VIII.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_See Attached documents and timeline_

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _15_ day of _September_ , 20 _25_.

_Donesha Jackson_
_PO Box 1704 Pine Bluff, AR 71613_
_Donesha Jackson_
Signature(s) of plaintiff(s)

8

September 15, 2025

I, Donesha Jackson, a current employee of the Arkansas Department of Human Services, is claiming that my 1st and 14th amendment constitutional rights, as well as my federally protected rights have been violated. I have been subjected to acts of discrimination, retaliation, slander, defamation, harassment, threatening, bullying and obstruction of job application by multiple members and processes of the Arkansas Department of Human Services management team, while working under unconstitutional conditions. I have previously filed a claim in the United States District Court Eastern District of Arkansas, case # 4:24-cv-00445. I have been slandered, threatened and have had records falsified against me. I am seeking compensatory damages, punitive damages and an injunction from the court to aid me in obtaining the new job position that I most recently applied for. My multiple attempts to receive a job that I have applied for with the State of Arkansas have been unsuccessful. I have suffered because of intentional malicious acts of abuse of power and authority by Robert Williams, Martha Riley, Shanee Birl, Felicia Kremers and Cynthia Willard, while acting "under color of law" as employed representatives of the Arkansas Department of Human Services. I am a victim of their organized crime and all that it entails. I have been discriminated against in my current job and in attempting to gain a new employment position with the State of Arkansas. My employer has failed to keep me protected in my current job capacity. I have suffered harm. I have lost leave time, income, raises, job opportunities, and my passion for my job as an Arkansas Department of Human Services SGS06 DCO Program Eligibility Specialist II, amongst other things. My personnel file has been loaded with negative and fraudulent information that I am requesting be removed. I have suffered emotionally, mentally and physically, continuously from 11/2/23 to current day. I am also requesting 4 months' full benefits, without interruption and income paid leave from work, as I do not have enough hours to take the amount of time that I would need to take.

On November 3, 2023, I reported to then titled, Chief Deputy Director Janet Mann, that I had been threatened by then titled Deputy Director Robert Williams. **(See Attachment 1)**.

On February 29, 2024, I met with my supervisor Shanee Birl via Microsoft TEAMS, she informed me that I will be placed on Disciplinary Probation to begin 3/1/24 to 5/31/24. During this probationary timeframe I also began to receive emails from Martha Riley. I was shocked and uncomfortable. I was fearful of what she was trying to do to me. I had not received emails from her since I was removed from her unit.

On June 21, 2024, I met with my supervisor Shanee Birl via Microsoft TEAMS to discuss my 2024 Performance Evaluation score of "2" Need Improvement. I have received scores of "2" in whole and in part for the last 3 years of Performance Evaluations.

On June 24, 2024, I emailed former Secretary Kristi Putnam to discuss/appeal my 2024 Performance Evaluation score of "2" Need Improvement.

On June 28, 2024, former Secretary Krisit Putnam responded to my email and gave me the steps that should have been taken to appeal. On this same date I emailed Performance Evals the necessary documentation to appeal my 2024 Performance Evaluation. My appeal was denied.

On July 2, 2024, I met with my supervisor Shanee Birl via Microsoft TEAMS, she informed me that I will be placed on Disciplinary Probation to begin 7/1/24 to 10/1/24.

On July 11, 2024, I met with Internal Affairs Investigator Christina Bonner-Ross (Mrs. Bonner-Ross is now in a promoted position and is no longer an internal affairs investigator. She is now a Health Program Coordinator), concerning my report of threats received from then titled Deputy Director Robert Williams. During the interview Ms. Bonner-Ross asked me who else was present during the meeting with Mr. Williams. I told her Program Eligibility Coordinator III; Belinda Parker was also present. I also told her that after the meeting Belinda Parker stated "I wanted to get my phone and keys and get out of there because I didn't know what was finna happen" Ms. Bonner-Ross asked me why I didn't report Mr. Williams that day, I told her Belinda Parker asked me to wait and give him some time, and that she didn't want to be in it. I originally reported the threat occurrence on November 3, 2023, to Janet Mann who held the title of Chief Deputy Director at that time, she did not respond to me. She has since been named Secretary of the agency replacing Kristi Putnam.

On July 12, 2024, at her request, I emailed Internal Affairs Investigator Christina Bonner-Ross concerning my report of threats received from DHS Division Administrator Robert Williams. **(See Attachment 2.)**

On October 3, 2024, I received my September 2024 monthly PGCS with verification that my probation had ended. During the probation months of July, August and September 2024, I completed a total of 416 tasks, I was only required to complete 216 tasks. For the month of October 2024 I completed 193 tasks, I was only required to complete 168. For the month of November 2024 I completed 69 tasks, I was required to complete 69 tasks. I noticed the types of tasks I was receiving began to change in the month of November 2024. I received my November 2024 PGCS from Shanee Birl with a task count completion discrepancy. She listed my completion as 40.

On January 7, 2025, I emailed my supervisor Shanee Birl concerning the work assignment changes. I cc'd former Secretary Kristi Putnam, no one else was included in this email. I received an intimidating response to the email from DHS Division Administrator Robert Williams. Robert Williams threatened me on 11/2/23, as reported in United States District Court Eastern District of Arkansas, case # 4:24-cv-00445.

On January 9, 2025, I met with Shanee Birl and Felicia Kremers via Microsoft TEAMS concerning my January 7, 2025, email. During the meeting Shanee Birl asked me how she could help me, I replied by saying my request to be moved from the unit is still my request because at this point leaving the unit/DCO is the only solution because too much has occurred for too long. Shanee Birl told me I would have to apply for positions elsewhere and I told her I had. Felicia Kremers told Shanee to have me submit the position numbers and she would check the status for me. When I submitted the information to Shanee Birl, she said that she didn't receive any information concerning my job application such as reference information. I told Mrs. Birl that I believed that the information went to Martha Riley. In a later conversation Mrs. Birl told me that Martha Riley would have had to forward the information to her because she was not my supervisor. I said Yes, I agree that she would have had to, but did she? Mrs. Birl did not answer that question. I never received a response from Felicia Kremers.

On January 10, 2025, I received an email with an attachment of incomplete meeting notes from Shanee Birl. I responded. Shanee Birl did not include the complete conversation concerning my job application status.

On January 13, 2025, I submitted DHS2808 to the DHS Integrity Unit for what I believe to be "Obstruction of Job Application". I cc'd former Secretary Kristi Putnam. I received a response from Internal Affairs supervisor Jana Middleton; communication between us continued on various dates until she stopped responding. My most recent email to her was on 6/2/25. She did not respond. **(See Attachment 3)**.

On May 23, 2025, I met with my supervisor Shanee Birl to discuss my 2025 PGCS, during the meeting Mrs. Birl informed me that DHS Division Administrator Robert Williams could move me from my LTSS position, she stated that Robert Williams had the authority to move me into positions that he governs. Shanee Birl offered me at the time, GS06 SNAP PES, GS06 Family Service Worker and GS03 Local Office Administrative Assistant, these are all demoted positions. I declined. I asked her to ask Mr. Williams if he knew of any positions available that I may not know of. I expressed to her that I no longer desired to do case work due to what I have experienced over the past 30 months. She stated that she would ask him. She sent me an email response on May 28, 2025. Robert Williams expressed in the email that I could apply for positions. This was not the first discussion management, and I have had about me trying to leave the unit. We had a prior discussion on April 9, 2025, I submitted a position number to her the next day. I have not received assistance to be removed from my current job position without penalty or inconvenience.

On June 2, 2025, I applied for DHS Program Manager (49556) position number 22076626 – now titled Health Program Coordinator.

On June 9, 2025, I began email communications with my supervisor Shanee Birl concerning a client's case. The emails thread contains dialogue between her and I discussing my concerns with the case, my work assignments and my 2025 PGCS. Shanee Birl has intentionally taken part in complicating my job and abusing her authority.

On Friday July 18, 2025, I applied to be a Health Program Supervisor/Expert (PHS08P), (50927), position number 22098882This position is in the Division of Provider Services Quality Assurance Department, with the Arkansas Department of Human Services.

On Monday July 21, 2025, according to the job listing printout, it was swiftly determined that I did not meet the minimum qualifications for the job, (50927), position number 22098882.

On Tuesday July 22, 2025, I received an email saying that I did not meet the minimum qualifications for the job, (50927), position number 22098882. The requisition was still active. It was not scheduled to close until July 27, 2025.
On Wednesday July 23, 2025, I applied to be a Health Program Supervisor/Expert (PHS08P), (51060), position number 22111121, at the Arkansas Department of Health, Division of Health Protection.

On July 25, 2025, I received an email saying the requisition had closed for the Health Program Coordinator (PHS05P) job, (49556), position number 22076626, formerly; DHS Program Manager, that I applied for on 6/2/25, with the Arkansas Department of Human Services. I met the minimum qualifications for the job; I did not receive an interview.

On July 31, 2025, I received an email thanking me for applying to be a Health Program Supervisor/Expert, (51508), position number 22143216, with the Arkansas Department of Human Services. On this same date, I also received an email saying I met the minimum qualifications for this job. I didn't have any knowledge of this job advertisement. I did not apply for this job.

On August 1, 2025, I received an email from DHS Division Administrator Robert Williams. The email contained the quarterly newsletter. In the newsletter it stated that if we had any HR questions to email them to DCO.HR@dhs.arkansas.gov. If possible, I really prefer not to receive any communications from Robert Williams until this matter is closed. I previously expressed to my supervisor Shanee Birl that my first thought, when it comes to management involved, is always "What are they up to now?".

On August 4, 2025, I emailed DCO.HR@dhs.arkansas.gov. I had a few simple questions concerning the email I received on July 31, 2025, for the Health Program Supervisor/Expert job, (51508), position number 22143216, with the agency that I did not apply for. I received a response from Kimberly Cogshell-Shorter-HR Supervisor/Expert. Mrs. Cogshell-Shorter added Stephanie Hall to the communication. I added my supervisor, Shanee Birl. The communications ended with my questions unanswered. I also emailed Hire.Packets@dhs.arkansas.gov on this date and received a response from Ramie Allen. I followed the instructions she gave, and I also sent an email to Recruitment Services. I have not received a response to date. My questions remain unanswered. **(See Attachment 4)**.

On August 5, 2025, I received an email saying I met the minimum qualifications for the Health Program Supervisor/Expert (PHS08P) job, (51060), position number 22111121, at the Arkansas Department of Health, Division of Health Protection, that I applied for on July 23, 2025. The requisition had closed; it closed on August 4, 2025.

On August 15, 2025, I began email communications with recruitment services and received a response from Sheila Smith. I wanted to know why my application status for the Health Program Supervisor/Expert (PHS08P) job, (51060), position number 22111121, at the Arkansas Department of Health, Division of Health Protection, that I applied for on July 23, 2025, was in a "Medical Release" status. I am not under FMLA. Did being placed in this status cause me to not be called for an interview? How long was my application in this status as the hiring process for the position was underway? On August 27, 2025, I received an email informing me of "other candidate pursuit" for the position. **(See Attachment 5)**.

In looking at the job advertisements for Health Program Supervisor/Expert (PHS08P), (50927), position number 22098882, Health Program Supervisor/Expert (PHS08P), (51060), position number 22111121 both of which I applied for and Health Program Supervisor/Expert, (51508), position number 22143216 that I did not apply for, the job descriptions/advertisements sections-

job summary, primary responsibilities, knowledge and skills, minimum qualifications and licensure/certifications are the same. Why did I so quickly not qualify for Health Program Supervisor/Expert (PHS08P), (50927), position number 22098882? Why did I qualify for Health Program Supervisor/Expert, (51508), position number 22143216? Why did I not receive the answers to the questions I presented to HR concerning this position. The answers to the questions are not confidential information. I asked questions that I would have already had the answers to if given the chance to see the original job advertisement, which leads me to ask, has my name been added to an authentic job advertisement? This is mental harassment.

Why haven't I received an interview for any of the 4 jobs that I did apply for at the Arkansas Department of Human Services? What is my employer's motive for leaving me in a hostile work environment? I believe I will best serve both the agency and me, as well as the clients we serve in a new job position. I'm selective in the positions I am applying for, according to the information listed in the job advertisement. My employer knows that I want to leave my current position and to work in another division in a promoted capacity.

Throughout this entire process, I have been the victim of so many heinous and unlawful indiscretions. Agency policies have been violated, as well as laws broken. I understand that applying for a job does not automatically mean I will receive an interview for the position. I also understand that when malicious unjust acts have occurred against someone, there should be a genuine effort by the offender to rectify the matter if the offender has any remorse for what has been done. Malicious unjust acts continue. Part of the mission statement of the Arkansas Department of Human Services states- We Care. We Act. We Change Lives. On the agency's website it states that "The Arkansas Department of Human Services (DHS) is a place where we tackle big social issues with compassion, courage, respect, integrity, and action". Is this true? This has not been my experience. Why has Christina Bonner-Ross, a Caucasian woman been promoted during an ongoing investigation? I once applied for the position, on June 2, 2025, with the same job title that she now holds, I did not receive an interview or the job. My employer is not taking this matter seriously. No one is above the law. Continuing to work in my current job position is a conflict of interest and hazardous to my wellbeing. **(See Attachment 6)**.

The new performance rating period for me began July 1, 2025. I will continue to do the best I possibly can, while working in these trying conditions, with the court's help, hoping to secure another position within the agency. It is not my desire to leave the agency completely. After nearly 20 years of state service with the agency, I know there are some outstanding people that work for the Arkansas Department of Human Services family. I applied for another position on August 22, 2025, Medicaid Fiscal Officer (51231), position 22169687. I received verification that I qualify for this job. The job has since been renamed and readvertised. I was told that I already applied for the job, and it is not currently filled. **(See Attachment 7)**.

Very respectfully,

Donesha Jackson

Donesha Jackson

**Donesha Jackson** *Attachment 1*

| | |
|---|---|
| **From:** | Donesha Jackson |
| **Sent:** | Friday, November 3, 2023 12:04 PM |
| **To:** | Janet Mann |
| **Subject:** | SENSITIVE INFORMATION |
| **Attachments:** | Assistance ; RE: Sensitive Information |

| | |
|---|---|
| **Importance:** | High |

Good afternoon, Chief Deputy Director Mann,

On yesterday 11/2/23, DCO Deputy Director Robert Williams traveled to the Jefferson County office as a representative of this agency and threatened me. Deputy Director Williams told me that I am to under no circumstances contact Secretary Putnam again or I would suffer the consequences. Deputy Director Williams told me I am to not ever contact Secretary Putnam or HR again with my concerns, or consequences would follow. Deputy Director Williams told me I am to follow the chain of command and wait. I expressed to Deputy Director Williams that I followed the chain of command to the best of my ability and that I would continue to go up the chain if my concerns sat unaddressed. Deputy Director Williams told me to be prepared for the consequences. Chief Deputy Director Mann my concerns have sat unaddressed for months as a serious matter in the workplace continues to grow more and more volatile. I was under the impression that Deputy Director Williams was traveling to meet with me to assist me with being removed from the hostile work environment that I am currently working in under Cindy Willard, Felicia Kremers and now himself. I did not receive that assistance. I received threats and intimidation. I felt attacked, disregarded, and ignored on yesterday as Deputy Director Williams defended and attempted to conceal the multiple acts of injustice that I have suffered within the agency. Deputy Director Williams exerted more effort in the time it took to travel to me than he did in trying to genuinely rectify the matter so that I can successfully do my job in a different capacity. Deputy Director Williams violated DHS policies including, but not limited to DHS Policy 1099. II-A. & D. Deputy Director Williams accused me of being combative. Chief Deputy Director Mann I am not combative. I have only stood my ground in my quest to be treated fair. I have not threatened anyone. I have not engaged in acts of intentional malice against anyone. I have not harassed anyone. I have not traveled to see anyone involved in this matter. I have not discriminated against anyone. I have not bullied anyone. I have not retaliated against anyone. These are all acts, amongst others that I have suffered by members of your management team. They have treated me both recklessly and maliciously. I have briefly highlighted below just some of what I have experienced in following the DCO chain of command about this matter thus far, as I am continually harassed and retaliated against-

On March 21,2023, Martha Riley emailed me a fraudulent PIP extension document that she created, attached to a fraudulent email.

On March 31, 2023, Cindy Willard and Felicia Kremers became fully aware of the acts of injustice committed by Martha Riley, Cindy Willard coerced me into remaining under Martha's supervision.

On May 24, 2023, I submitted a DHS 2808 Complaint of Discrimination.

On June 23, 2023, as my first discrimination complaint continued to sit dormant, I emailed the involved parties to check the status of it. Jason Cameron of the DHS Integrity Unit responded by saying "Please remove DHS Integrity from these conversations".

On July 10, 2023, I had a meeting with Felicia Kremers and Shanee Birl via Microsoft TEAMS. During the meeting Felecia Kremers said my complaint of discrimination was still under review as far as she knew, and that I wouldn't hear anything concerning the findings and not to check on it anymore.

On July 12, 2023, Deputy Director Robert Williams confirmed that he was already aware of the recent history and activity between me and management, however, on this date Deputy Director Williams said he would forward the matter to Internal Affairs.

On August 14, 2023, I emailed my IA investigator Christina Bonner-Ross asking about the status of the investigation. She told me that I would have to contact my HR liaison for information.

On August 14, 2023, I emailed DCO Director Mary Franklin concerning the matter, since I was told by IA that she would be the determining party of the investigation results. She did not respond to me and hasn't to date.

On September 18, 2023, I submitted a second DHS-2808 Complaint of Discrimination.

On October 30, 2023, Shanee Birl provided me with a DHS 1103 with misstated facts concerning an email she sent me. She has not responded to my request of the email.

On October 31, 2023, Jason Cameron informed me that the second DHS-2808 would not be investigated. I asked him why, he has not responded to date.

Chief Deputy Director Mann, we cannot change the past. I have suffered for months and months on end. I want to be treated just and fair going forward. This matter is currently under EEOC investigation with a pending retaliation appointment. It never had to go this far. I hope that we can handle this matter at the state level. Please help me. I am emailing only you about this matter currently. Will you help me? It is still my request to be removed from DCO/LTSS into another job assignment, however this request has not been honored. Will you honor this request? Based on how I am continually being ignored and treated, as compared to the treatment of Martha Riley, Felicia Kremers and Cindy Willard concerning the malice they have rendered towards me is discrimination within itself. It is not fair. I attached two of the emails that included Secretary Putnam.


Very Respectfully,



**Donesha Jackson**
Division of County Operations/Jefferson
Program Eligibility Specialist

P: 870 939 4018
F: 870 534 3421
912 S. Poplar St.
Pine Bluff, Ar. 71601
donesha.jackson@dhs.arkansas.gov

**humanservices.arkansas.gov**



This email may contain sensitive or confidential information.

CONFIDENTIALITY NOTICE: The information contained in this email message and any attachment(s) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It is intended solely for the use of the entity to which this email is addressed. If you are not the intended recipient, you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender by return and delete the message and attachment(s) from your system.

3

**Donesha Jackson**                                              *Attachment 2*

| | |
|---|---|
| **From:** | Donesha Jackson |
| **Sent:** | Friday, July 12, 2024 10:54 AM |
| **To:** | Christina Bonner-Ross |
| **Subject:** | RE: Donesha Jackson |

You're welcome. Thank you. Have a great weekend.

Respectfully,



**Donesha Jackson**
Division of County Operations/Jefferson
Program Eligibility Specialist

P: 870 939 4018
F: 870 534 3421
912 S. Poplar St.
Pine Bluff, Ar. 71601
donesha.jackson@dhs.arkansas.gov

**humanservices.arkansas.gov**



**This email may contain sensitive or confidential information.**

CONFIDENTIALITY NOTICE: The information contained in this email message and any attachment(s) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It is intended solely for the use of the entity to which this email is addressed. If you are not the intended recipient, you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender by return and delete the message and attachment(s) from your system.

**From:** Christina Bonner-Ross <Christina.Bonner-Ross@dhs.arkansas.gov>
**Sent:** Friday, July 12, 2024 10:24 AM
**To:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>
**Subject:** RE: Donesha Jackson

Good morning,

Thank you for your statement. Have a good weekend.

Respectfully,

1



**Christina L. Bonner-Ross**
OCC-Office of Chief Counsel
OSC-Office of Security and Compliance
Internal Affairs Unit
Internal Affairs Investigator

P: 501-534-5526
C: 501-355-7196
108 East 7th Street
Little Rock, AR 72201
christina.bonner-ross@dhs.arkansas.gov

**humanservices.arkansas.gov**





**This email may contain sensitive or confidential information.**

**CONFIDENTIALITY NOTICE: The information contained in this email message and any attachment(s) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It is intended solely for the use of the entity to which this email is addressed. If you are not the intended recipient, you are hereby notified that reading, copying or distribution this transmission is STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender by return and delete the message and attachment(s) from your system.**

**From:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>
**Sent:** Friday, July 12, 2024 10:05 AM
**To:** Christina Bonner-Ross <Christina.Bonner-Ross@dhs.arkansas.gov>
**Subject:** Donesha Jackson

Good morning, Ms. Bonner-Ross,

On Thursday, November 2, 2023, DCO Deputy Director Robert Williams traveled to the Jefferson County office as a representative of this agency and threatened me. During a 3:00 pm meeting, which included Deputy Director Williams, PEC Belinda Parker, and myself, Deputy Director Williams told me that I am to under no circumstances contact Secretary Putnam again or I would suffer the consequences. Deputy Director Williams told me I am to not ever contact Secretary Putnam or HR again with my concerns of DCO processes, or consequences would follow. Deputy Director Williams told me I am to follow the chain of command and wait. I expressed to Deputy Director Williams that I followed the chain of command to the best of my ability and that I would continue to go up the chain if my concerns sat unaddressed. Deputy Director Williams told me to be prepared for the consequences. I have suffered greatly for many, many, many months due to the negligence and reckless disregard of certain members of the DCO management team and their "DCO processes". My concerns have sat unaddressed for months as a serious matter in the workplace continues to grow more and more volatile.

I was under the impression that Deputy Director Williams was traveling to meet with me to assist me with my request of being removed from the hostile work environment that I am currently working in under Cindy Willard, Felicia Kremers and now himself. I did not receive that assistance. I received threats and intimidation. I felt attacked, disregarded, and ignored as Deputy Director Williams defended and attempted to conceal the multiple acts of injustice that I have suffered within the agency. Considering the already documented acts of fraud, harassment, and retaliation I did not know how much more, or the nature of harm that he was threating to inflict upon me. Deputy Director Williams exerted more effort in the time it took to travel to me than he did in trying to genuinely rectify the matter so that I can successfully do my job in a different capacity. Deputy Director Williams violated DHS policies including, but not limited to DHS Policy 1099 Violence In The Workplace. II-A. C. & D. III- A. B. C. D. E. & F, DHS Policy 1084 DHS EMPLOYEE DISCIPLINE. II-B. & C.

Deputy Director Williams accused me of being combative. I am not combative. I have only stood my ground in my quest to be treated fair. I have not threatened anyone. I have not engaged in acts of intentional malice against anyone. I have not harassed anyone. I have not traveled to see anyone involved in this matter. I have not discriminated against anyone. I have not bullied anyone. I have not retaliated against anyone. These are all acts, amongst others that I have suffered by certain members of the DCO management team. They have treated me both recklessly and maliciously. This treatment has been intentional.

Deputy Director Williams traveled to me, I feel, to shut me up and impose fear. I felt unprotected. Who sent Deputy Director Williams to see me? How did Deputy Director Williams know that I emailed Secretary Putnam and HR? Do I not have the right to contact them both? Why was Deputy Director Williams sent to meet with me? There are so many more levels of management between Deputy Director Williams and I, Why him? It is something very wrong in this workplace when a meeting amongst colleagues moves toward a possible police report. I have asked many questions throughout the past 17 months, I have not received answers, however, what I have received, amongst other things, is being placed on yet another disciplinary probation currently due to my job performance.


Respectfully,




**Donesha Jackson**
Division of County Operations/Jefferson
Program Eligibility Specialist

P: 870 939 4018
F: 870 534 3421
912 S. Poplar St.
Pine Bluff, Ar. 71601
donesha.jackson@dhs.arkansas.gov

**humanservices.arkansas.gov**



**This email may contain sensitive or confidential information.**

3

CONFIDENTIALITY NOTICE: The information contained in this email message and any attachment(s) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It is intended solely for the use of the entity to which this email is addressed. If you are not the intended recipient, you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender by return and delete the message and attachment(s) from your system.

4

**Donesha Jackson**                                                    *Attachment 3*

| **From:** | Donesha Jackson |
|-----------|-----------------|
| **Sent:** | Monday, June 2, 2025 11:23 AM |
| **To:** | Jana Middleton |
| **Cc:** | Kristi Putnam |
| **Subject:** | RE: DHS-2808 |

| **Tracking:** | **Recipient** | **Read** |
|---------------|---------------|----------|
| | Jana Middleton | Read: 06/02/2025 12:16 PM |
| | Kristi Putnam | |

Good morning, Ms. Middleton,

I am under the impression that there is still currently an investigation underway concerning the job application process in reference to me. I applied for another job on today Monday, June 2, 2025.I applied for DHS Program Manager (49556)(22076626) DDS.

I am in hopes that this information and any other needed information concerning the job application process is provided to the proper channels.

Thank you so much for your time and assistance in this matter.

Kind regards,



**Donesha Jackson**
Division of County Operations/Jefferson
Program Eligibility Specialist

P: 870 939 4018
F: 870 534 3421
912 S. Poplar St.
Pine Bluff, Ar. 71601
donesha.jackson@dhs.arkansas.gov

**humanservices.arkansas.gov**

**This email may contain sensitive or confidential information.**

CONFIDENTIALITY NOTICE: The information contained in this email message and any attachment(s) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It is intended solely for the use of the entity to which this email is addressed. If you are not the intended recipient, you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission. If

1

you have received this transmission in error, please notify the sender by return and delete the message and attachment(s) from your system.

**From:** Jana Middleton <Jana.Middleton@dhs.arkansas.gov>
**Sent:** Thursday, April 10, 2025 10:33 AM
**To:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>
**Cc:** Kristi Putnam <Kristi.Putnam@dhs.arkansas.gov>
**Subject:** Re: DHS-2808

Good morning Ms. Jackson,

You are welcome and thank you for the additional information. I will forward it accordingly.

Respectfully,

Jana N Middleton
Internal Affairs Supervisor

Get Outlook for iOS

_____

**From:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>
**Sent:** Thursday, April 10, 2025 10:28:35 AM
**To:** Jana Middleton <Jana.Middleton@dhs.arkansas.gov>
**Cc:** Kristi Putnam <Kristi.Putnam@dhs.arkansas.gov>
**Subject:** RE: DHS-2808

Good morning, Ms. Middleton,

I have some more information I would like to share with Internal Affairs. Being that there is still currently an investigation underway concerning the job application process in reference to me, I feel it necessary to tell you that I met with my current supervisor Shanee Birl on yesterday and we discussed me leaving my current job position in LTSS.  I applied for another job on February 10, 2025. (see attachments). My application is still being processed.

I am in hopes that this information and any other needed information concerning the job application process is provided to the proper channels.

Thank you so much for your time and assistance in this matter.

Respectfully,



**Donesha Jackson**
Division of County Operations/Jefferson
Program Eligibility Specialist

P: 870 939 4018
F: 870 534 3421

2

912 S. Poplar St.
Pine Bluff, Ar. 71601
donesha.jackson@dhs.arkansas.gov

**humanservices.arkansas.gov**



**This email may contain sensitive or confidential information.**

**CONFIDENTIALITY NOTICE: The information contained in this email message and any attachment(s) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It is intended solely for the use of the entity to which this email is addressed. If you are not the intended recipient, you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender by return and delete the message and attachment(s) from your system.**

**From:** Jana Middleton <Jana.Middleton@dhs.arkansas.gov>
**Sent:** Monday, January 27, 2025 11:13 AM
**To:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>
**Cc:** Kristi Putnam <Kristi.Putnam@dhs.arkansas.gov>
**Subject:** Re: DHS-2808

Good morning Ms. Jackson,

You are welcome and thank you for the additional information. I will forward it accordingly.

Respectfully,

Jana N Middleton
Internal Affairs Supervisor

Get Outlook for iOS

---

**From:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>
**Sent:** Monday, January 27, 2025 11:07:00 AM
**To:** Jana Middleton <Jana.Middleton@dhs.arkansas.gov>
**Cc:** Kristi Putnam <Kristi.Putnam@dhs.arkansas.gov>
**Subject:** RE: DHS-2808

Good morning, Ms. Middleton,

Thank you for your response. I do have some information I would like to share. Being that there is currently an investigation underway concerning the job application process, I feel it necessary to tell you that the position I previously applied for is being readvertised.

I applied on yesterday, see attachment. I am in hopes that this information and any other needed information concerning the job application process is provided to the proper channels.

3

Thank you for elaborating on the Internal Affairs complaint submission process and your acknowledgement of my concerns.

Respectfully,



**Donesha Jackson**
Division of County Operations/Jefferson
Program Eligibility Specialist

P: 870 939 4018
F: 870 534 3421
912 S. Poplar St.
Pine Bluff, Ar. 71601
donesha.jackson@dhs.arkansas.gov

**humanservices.arkansas.gov**



**This email may contain sensitive or confidential information.**

**CONFIDENTIALITY NOTICE:** The information contained in this email message and any attachment(s) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It is intended solely for the use of the entity to which this email is addressed. If you are not the intended recipient, you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender by return and delete the message and attachment(s) from your system.

**From:** Jana Middleton <Jana.Middleton@dhs.arkansas.gov>
**Sent:** Tuesday, January 21, 2025 9:08 AM
**To:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>
**Cc:** Kristi Putnam <Kristi.Putnam@dhs.arkansas.gov>
**Subject:** RE: DHS-2808

Ms. Jackson,

Thank you for reaching out to share your concerns. This email is to confirm that Internal Affairs has received your complaint regarding discrimination and retaliation.

Please be assured that your complaint has been forwarded to the appropriate individuals for further review and investigation. We take these matters seriously and are committed to ensuring a thorough and impartial process.

If you have any additional information or documentation to provide, please feel free to share it with us to assist in the investigation. Unfortunately, Internal Affairs does not provide updates during the investigative process, but those in charge of the investigation will contact you.

Thank you for your cooperation and for bringing this matter to our attention.

Kind Regards,





*Jana N. Middleton*

Office of Chief Counsel
OSC - Office of Security and Compliance
Internal Affairs Supervisor
P: (501) 320-6101
C: (501)712-6441

*Jana.Middleton@dhs.arkansas.gov*
**Humanservices.arkansas.gov**

   

**Privacy Notice: This email may contain confidential information protected by state/federal laws. If you are not the intended recipient, please let the sender know, and delete the message/attachment(s) from your system.**

**From:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>
**Sent:** Monday, January 13, 2025 10:32 AM
**To:** DHS Integrity <DHSIntegrity@dhs.arkansas.gov>
**Cc:** Kristi Putnam <Kristi.Putnam@dhs.arkansas.gov>
**Subject:** DHS-2808
**Importance:** High

Good morning, DHS Integrity Team,

I believe I am a victim of "Obstruction of Job Application" and continued retaliation in the workplace. I am working in a hostile work environment. It is documented that I have been having serious ongoing issues with the management team in DCO LTSS. I have asked to be moved, and I have also taken steps the necessary steps to remove myself. This is another official report of what I believe to be malicious intent against me. I have reported past occurrences and complaints-

5/24/23 DHS 2808 submitted against Martha Riley – LTSS Supervisor
9/18/23 DHS 2808 submitted against Cindy Willard – LTSS Management
9/18/23 DHS 2808 submitted against Felicia Kremers – LTSS Management
11/3/23 Report of Threat against Robert Williams -DCO Deputy Director
6/24/24 Report of Threat against Robert Williams – DCO Deputy Director

I have not received the results of any of these report submissions. Please help me. See attached documents and emails.

Respectfully,

5



**Donesha Jackson**
Division of County Operations/Jefferson
Program Eligibility Specialist

P: 870 939 4018
F: 870 534 3421
912 S. Poplar St.
Pine Bluff, Ar. 71601
donesha.jackson@dhs.arkansas.gov

**humanservices.arkansas.gov**



**This email may contain sensitive or confidential information.**

**CONFIDENTIALITY NOTICE:** The information contained in this email message and any attachment(s) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It is intended solely for the use of the entity to which this email is addressed. If you are not the intended recipient, you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender by return and delete the message and attachment(s) from your system.

# ARKANSAS DEPARTMENT OF HUMAN SERVICES
## COMPLAINT OF DISCRIMINATION

This form may be used to report unlawful discrimination, harassment, or retaliation.
**Type or print clearly in ink.**

| Date Received: |
|---|
| Action: |
| ☐ Investigated     ☐ Withdrawn |
| ☐ Referred to Outside Agency ___ |
| ☐ Dismissed     ☐ Other |

**Name** (Mr., Mrs., Ms.): Donesha Jackson     **Title:** LTSS PES

**Address:** PO Box 1704     **Daytime Phone:** 870-939-4018

**City, State, Zip:** Pine Bluff, AR 71613     **Email:** donesha.jackson@dhs.arkansas.gov

**What is your role in DHS?** ☑ Employee  ☐ Client/Customer  ☐ Applicant  ☐ Employee of Contractor/Grantee  ☐ Provider  ☐ Other ___

**DHS Division, Office, or Program:** DCOLTSS     **Entity Name & Address** (if not DHS): ___

**Are you complaining of:** ☑ Discrimination  ☐ Harassment  ☑ Retaliation  ☐ Other ___

**Basis of Alleged Conduct:**

☑ Race  ☐ National Origin  ☑ Protected Activity (e.g., prior complaint of discrimination)  ☐ Genetic Information ___

☐ Color  ☐ Political Beliefs  ☐ Sex ___

☐ Religion  ☐ Disability  ☐ Age ___

**Date, time, & location of the alleged incident:** Between 8-9-24 & 8-14-24, DHS

**Who discriminated, harassed, or retaliated against you?** (Name, title, entity): Martha Riley - LTSS Supervisor

**Witness** (name, title, contact number): Shanee Birl - LTSS Supervisor 870-330-8250

**Witness** (name, title, contact number): ___

**Describe what happened. Be specific as to people, dates, times, locations, and other details. How were other persons treated differently? What makes you believe race, sex, age, or other protected status was a factor? Use extra sheets if needed.**

Please see attached documentation.

**What corrective action do you want taken regarding this complaint?**

I want to be placed in a new position with other terms of the placement to be discussed later. I want an expeditious resolve to this entire matter.

**Signature:** Donesha Jackson     **Date:** 1-13-25

DHS-2808 R. 2/1/19

## Donesha Jackson

| | |
|---|---|
| **From:** | Donesha Jackson |
| **Sent:** | Thursday, January 9, 2025 3:39 PM |
| **To:** | Shanee Birl |
| **Subject:** | Application Email Search |
| **Attachments:** | SnipImage.JPG |

Shanee this is what comes up. Maybe that is why you never received it. Thank you

**Donesha Jackson**

**From:** Shanee Birl
**Sent:** Thursday, January 9, 2025 4:10 PM
**To:** Donesha Jackson
**Subject:** RE: Sent from Snipping Tool

Okay

**From:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>
**Sent:** Thursday, January 9, 2025 4:08 PM
**To:** Shanee Birl <Shanee.Birl@dhs.arkansas.gov>
**Subject:** RE: Sent from Snipping Tool

No, I didn't get anything additional. I completed everything in ArCareers.

**☒DHS**

**Donesha Jackson**
Division of County Operations/Jefferson
Program Eligibility Specialist

P: 870 939 4018
F: 870 534 3421
912 S. Poplar St.
Pine Bluff, Ar. 71601
donesha.jackson@dhs.arkansas.gov

**humanservices.arkansas.gov**



**This email may contain sensitive or confidential information.**

CONFIDENTIALITY NOTICE: The information contained in this email message and any attachment(s) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It is intended solely for the use of the entity to which this email is addressed. If you are not the intended recipient, you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender by return and delete the message and attachment(s) from your system.

**From:** Shanee Birl <Shanee.Birl@dhs.arkansas.gov>
**Sent:** Thursday, January 9, 2025 4:04 PM
**To:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>
**Subject:** RE: Sent from Snipping Tool

Did they send you a reference check form to sign so they can do a reference check.

1

Thank you

**From:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>
**Sent:** Thursday, January 9, 2025 4:03 PM
**To:** Shanee Birl <Shanee.Birl@dhs.arkansas.gov>
**Subject:** RE: Sent from Snipping Tool

Okay thank you. What are you asking? I'm not sure I understand.



**Donesha Jackson**
Division of County Operations/Jefferson
Program Eligibility Specialist

P: 870 939 4018
F: 870 534 3421
912 S. Poplar St.
Pine Bluff, Ar. 71601
donesha.jackson@dhs.arkansas.gov

**humanservices.arkansas.gov**



**This email may contain sensitive or confidential information.**

**CONFIDENTIALITY NOTICE:** The information contained in this email message and any attachment(s) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It is intended solely for the use of the entity to which this email is addressed. If you are not the intended recipient, you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender by return and delete the message and attachment(s) from your system.

**From:** Shanee Birl <Shanee.Birl@dhs.arkansas.gov>
**Sent:** Thursday, January 9, 2025 3:52 PM
**To:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>
**Subject:** FW: Sent from Snipping Tool

I sent those to Felicia, did sent you employment reference paper for you to sign to send for a request.

Thank you

**From:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>
**Sent:** Thursday, January 9, 2025 3:40 PM
**To:** Shanee Birl <Shanee.Birl@dhs.arkansas.gov>
**Subject:** Sent from Snipping Tool

2nd attachment. Thank you

3

Mailbox ∨    🔍     From: MARTHA L RILEY ✕

end / Receive    Folder    View    Help    Acrobat    Search

    **MARTHA L RILEY**
system@successfactors.com

## Results

| !  ☆  ▯  📎 | From | Subject | Received ▼ | Size | Categories | Mention |
|---|---|---|---|---|---|---|

**∨ Last Month**

| | System ... | Password Support from Performance Manager [EXTERNAL SENDER] | Wed 12/0... | 63 ... | | |

**∨ Older**

| | System ... | Password Support from Performance Manager [EXTERNAL SENDER] | Wed 10/0... | 65 ... | | |
| | ARCaree... | State of Arkansas—Job Application Update [EXTERNAL SENDER] Dear DONESHA JACKSON, Thank you for your interest in position 22087216 EXECUTIVE | Wed 08/1... | 58 ... | | |
| | ARCaree... | Met Minimum Qualifications EXECUTIVE ASSISTAN... [EXTERNAL SENDER] Dear DONESHA, Thank you for your interest in EXECUTIVE ASSISTANT TO THE DIRECTOR | Mon 08/0... | 57 ... | | |

**Donesha Jackson**

| | |
|---|---|
| **From:** | Shanee Birl |
| **Sent:** | Monday, January 13, 2025 8:49 AM |
| **To:** | Donesha Jackson |
| **Cc:** | Felicia Kremers; Cindy Willard; Robert Williams (DHHS DCO Pulaski) |
| **Subject:** | RE: Meeting |

Donesha, during our meeting, I asked you, what issues you were having and that you never, mention anything in our weekly meetings when asked, nor have you reached out to me; your stated, you had, that you asked me to get you out of LTSS, and I told you, you needed to apply for positions. I am still unaware of the issues you are having with your work assignments ; please send me a list of issues you are having and we will set up a time to go over and discuss the issues.

Thank you

**From:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>
**Sent:** Friday, January 10, 2025 3:34 PM
**To:** Shanee Birl <Shanee.Birl@dhs.arkansas.gov>
**Cc:** Felicia Kremers <felicia.kremers@dhs.arkansas.gov>; Cindy Willard <cindy.willard@dhs.arkansas.gov>; Robert Williams (DHHS DCO Pulaski) <Robert.Williams@dhs.arkansas.gov>
**Subject:** RE: Meeting

Good afternoon, Shanee,

Will you address the snipping tools attachments in the body of your conversation notes? I also need to point out that Felicia Kremers never mentioned possible disciplinary actions concerning not following the chain of command, nor did Mr. Williams in his email response to me on Tuesday. I acknowledge that I received his request to follow the chain of command. I will include him in this communication for acknowledgement purposes. I will not include Secretary Putnam.

I have never had a problem in following the chain of command, but the chain of command failed me. This failure is what lead me to contact Secretary Putnam with my concerns. Secretary Putnam welcomed my communication on June 28, 2024, and left the door of communication open for me. She has not closed this door. Everyone, we are ONE DHS. I also want to make you aware that my email sent to you on Tuesday, January 7, 2025, Subject – "Awareness" is me taking the opportunity to officially discuss all the work assignment changes and the issues I am having. Shanee, I appreciate your suggestions and feedback.

Thank you.



**Donesha Jackson**
Division of County Operations/Jefferson
Program Eligibility Specialist

P: 870 939 4018
F: 870 534 3421

1

912 S. Poplar St.
Pine Bluff, Ar. 71601
donesha.jackson@dhs.arkansas.gov

**humanservices.arkansas.gov**



**This email may contain sensitive or confidential information.**

**CONFIDENTIALITY NOTICE:** The information contained in this email message and any attachment(s) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It is intended solely for the use of the entity to which this email is addressed. If you are not the intended recipient, you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender by return and delete the message and attachment(s) from your system.

**From:** Shanee Birl <Shanee.Birl@dhs.arkansas.gov>
**Sent:** Friday, January 10, 2025 2:51 PM
**To:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>
**Cc:** Felicia Kremers <felicia.kremers@dhs.arkansas.gov>; Cindy Willard <cindy.willard@dhs.arkansas.gov>
**Subject:** Meeting

Attached is a copy of the conversation notes, we had on yesterday, I sent Felicia the attachments of the job you applied for. Please remember the chain of command, and if you have problems with your assignments to follow the process and let me know; please turn in your day sheet, daily, to help me identify problems you may be having and find solutions.

Thank you,


Shanee Birl

2

Follow Up from Meeting with Donesha Jackson on 1/9/2025

Attendance

Shanee Birl

Donesha Jackson

Felicia Kremers

- I discussed the Chain of Command with Ms. Jackson informing her that I, Shanee Birl was her Supervisor and Felicia Kremers is my supervisor; Felicia's Supervisor is Cindy Willard and Cindy Willard Supervisor is Robert Williams; Ms. Jackson asked for a copy of the Chain of Command. Ms. Kremers reminded her of the chain of command and disciplinary actions could be imposed if not followed.
- I informed Ms. Jackson that she didn't mention anything to me about the problems she was having as stated in her email, Informed Ms. Jackson she was told numerous times that we would be working on everything, including snap at some point. The system was designed for us to be able to work in all cases. I reminded Ms. Jackson, in our weekly meetings, I always ask if anyone had any problems, questions or concerns and she never mentioned any.
- I also reminded Ms. Jackson of the system I had in place with her and all the Workers; if you have a problem, go to your buddy, the unit chat and if they cannot help you, you come to me, and I did not want her spending more than 15 minutes trying to figure out a problem, I informed Ms. Jackson, she has not come to me with any problems and she has not been turning in her day sheets.
- Ms. Jackson said she did come to me and asked me to tell Management and help her get out of LTSS, because she does not want to be in LTSS. I informed Ms. Jackson she would need to apply for positions, I could not give her a position. Ms. Jackson stated that she knew things could be done and she knew management could move her out of LTSS without her having to apply for other positions. Ms. Kremers asked Ms. Jackson if she had applied for any positions; during this time the connection was lost, with Ms. Jackson, we could hear background noise but was never able to connect to Ms. Jackson.
- I was able to reconnect with Ms. Jackson later, with Me and Ms. Jackson only, Ms. Jackson stated she had completed applications, the one with the Department of Corrections, she stated the interview went well and was told she would hear something in two weeks, and she received notification in two days, she did not get the job. Ms. Jackson thought the reference may have gone to her previous

Supervisor, I told her it would have come to me, and I have not received any reference checks for her. Ms. Jackson stated the HR Person that left the Department of Corrections came to DHS.

**Donesha Jackson**  *Attachment 4*

| | |
|---|---|
| **From:** | DCO HR |
| **Sent:** | Monday, August 4, 2025 1:26 PM |
| **To:** | Donesha Jackson |
| **Cc:** | Shanee Birl; Stephanie Hall |
| **Subject:** | RE: Inquiry |

You're welcome.

Respectfully,
*Kimberly Cogshell-Shorter, MPA*


KIMBERLY COGSHELL-SHORTER, MPA
OFFICE OF HUMAN RESOURCES/DCO HR LIASION
PERSONNEL MANAGER

P: 501-683-2938
F: 501-682-8367
700 Main Street
Little Rock, AR 72201
Kimberly.Cogshell-Shorter@dhs.arkansas.gov
**humanservices.arkansas.gov**



NOTE – This email may contain sensitive or confidential information.

CONFIDENTIALITY NOTICE:  The information contained in this email message and any attachments) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information.  It is intended solely for the use of the entity to who this email is addressed.  If you are not the intended recipient, you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED.  The sender has not waived any applicable privilege by sending the accompanying transmission.  If you have received this transmission in error, please notify the sender by return and delete the message and attachment's) from your system.


**From:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>
**Sent:** Monday, August 4, 2025 1:25 PM
**To:** DCO HR <DCO.HR@dhs.arkansas.gov>
**Cc:** Shanee Birl <Shanee.Birl@dhs.arkansas.gov>; Stephanie Hall <Stephanie.Hall@dhs.arkansas.gov>
**Subject:** RE: Inquiry

1

Yes ma'am. Thank you so much.



**Donesha Jackson**
Division of County Operations/Jefferson
Program Eligibility Specialist

P: 870 939 4018
F: 870 534 3421
912 S. Poplar St.
Pine Bluff, Ar. 71601
donesha.jackson@dhs.arkansas.gov

**humanservices.arkansas.gov**



**This email may contain sensitive or confidential information.**

CONFIDENTIALITY NOTICE: The information contained in this email message and any attachment(s) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It is intended solely for the use of the entity to which this email is addressed. If you are not the intended recipient, you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender by return and delete the message and attachment(s) from your system.

**From:** DCO HR <DCO.HR@dhs.arkansas.gov>
**Sent:** Monday, August 4, 2025 12:51 PM
**To:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>
**Cc:** Shanee Birl <Shanee.Birl@dhs.arkansas.gov>; Stephanie Hall <Stephanie.Hall@dhs.arkansas.gov>
**Subject:** RE: Inquiry

You're welcome, no problem.
After research, the information listed below shows the positions you've applied for from August 1, 2024, to July 31, 2025. After speaking with the hiring official for the Health Program Supervisor/Expert. I was informed that all information concerning the position will be presented during interviews. Thank you.

⌄  Jobs Applied

Job title: HEALTH PROGRAM SUPERVISOR/EXPERT (51508)                          Date: 07/31/2025
Recruiter:  VINCENT M. INSALACO
Status:  Manager Review

Job title: Health Program Supervisor/Expert (PHS08P) (51060)                 Date: 07/23/2025
Recruiter:  SHEILA L SMITH
Status:  Medical Release

Job title: Health Program Supervisor/Expert (PHS08P) (50927)                 Date: 07/18/2025
Recruiter:  REBECCA K DIXON
Status:  Did Not Meet Requirements

Job title: Health Program Coordinator (PHS05P) (49556)                       Date: 06/02/2025
Recruiter:  VINCENT M. INSALACO
Status:  Requisition Closed

Job title: DHS DIVISION CHIEF FISCAL OFFICER (42044)                         Date: 02/10/2025
Recruiter:  TAMMIE LYNNETTE CLOYES
Status:  Requisition Closed

Job title: EXECUTIVE ASSISTANT TO THE DIRECTOR (46487)                       Date: 01/26/2025
Recruiter:  KARMIN L CULPEPPER
Status:  Interviewed - Not Selected

Job title: EXECUTIVE ASSISTANT TO THE DIRECTOR (41954)                       Date: 08/01/2024
Recruiter:  KARMIN L CULPEPPER
Status:  Qualified - Not Selected

Respectfully,
*Kimberly Cogshell-Shorter, MPA*

KIMBERLY COGSHELL-SHORTER, MPA
OFFICE OF HUMAN RESOURCES/DCO HR LIASION
PERSONNEL MANAGER

P: 501-683-2938
F: 501-682-8367
700 Main Street
Little Rock, AR 72201
Kimberly.Cogshell-Shorter@dhs.arkansas.gov
**humanservices.arkansas.gov**

3



NOTE – This email may contain sensitive or confidential information.

CONFIDENTIALITY NOTICE:  The information contained in this email message and any attachments) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information.  It is intended solely for the use of the entity to who this email is addressed.  If you are not the intended recipient, you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED.  The sender has not waived any applicable privilege by sending the accompanying transmission.  If you have received this transmission in error, please notify the sender by return and delete the message and attachment's) from your system.

**From:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>
**Sent:** Monday, August 4, 2025 12:17 PM
**To:** DCO HR <DCO.HR@dhs.arkansas.gov>
**Cc:** Shanee Birl <Shanee.Birl@dhs.arkansas.gov>; Stephanie Hall <Stephanie.Hall@dhs.arkansas.gov>
**Subject:** RE: Inquiry

Mrs. Cogshell-Shorter,

Thank you for your response. The position that I am inquiring about is in the email attachment of my initial email. I mentioned that my name had been forwarded to be added to the requisition. I also mentioned that I had attached the email".

The position number is 22143216 (51508). Please note, I did not apply for this position. Again, my name was forwarded and added to the requisition, which is what prompted my questions. Thank you so much for all your help and I look forward to hearing from you soon.

Respectfully,



**Donesha Jackson**
Division of County Operations/Jefferson
Program Eligibility Specialist

P: 870 939 4018
F: 870 534 3421
912 S. Poplar St.
Pine Bluff, Ar. 71601
donesha.jackson@dhs.arkansas.gov

**humanservices.arkansas.gov**

4



**This email may contain sensitive or confidential information.**

**CONFIDENTIALITY NOTICE: The information contained in this email message and any attachment(s) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It is intended solely for the use of the entity to which this email is addressed. If you are not the intended recipient, you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender by return and delete the message and attachment(s) from your system.**

**From:** DCO HR <DCO.HR@dhs.arkansas.gov>
**Sent:** Monday, August 4, 2025 11:56 AM
**To:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>
**Cc:** Shanee Birl <Shanee.Birl@dhs.arkansas.gov>; Stephanie Hall <Stephanie.Hall@dhs.arkansas.gov>
**Subject:** RE: Inquiry

Ms. Jackson,
Thank you for your response. I will have a search ran for the jobs you have applied for; you have not mentioned which position you are inquiring about. I will also consult with Mr. Willims concerning this and provide you results of the search. You have a great day as well.

Respectfully,
*Kimberly Cogshell-Shorter, MPA*


KIMBERLY COGSHELL-SHORTER, MPA
OFFICE OF HUMAN RESOURCES/DCO HR LIASION
PERSONNEL MANAGER

P: 501-683-2938
F: 501-682-8367
700 Main Street
Little Rock, AR 72201
Kimberly.Cogshell-Shorter@dhs.arkansas.gov
**humanservices.arkansas.gov**



NOTE – This email may contain sensitive or confidential information.

CONFIDENTIALITY NOTICE:  The information contained in this email message and any attachments) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information.  It is intended solely for the use of the entity to who this email is addressed.  If you are not the intended recipient, you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED.  The sender has not

5

waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender by return and delete the message and attachment's) from your system.

**From:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>
**Sent:** Monday, August 4, 2025 11:41 AM
**To:** DCO HR <DCO.HR@dhs.arkansas.gov>
**Cc:** Shanee Birl <Shanee.Birl@dhs.arkansas.gov>; Stephanie Hall <Stephanie.Hall@dhs.arkansas.gov>
**Subject:** RE: Inquiry

Mrs. Cogshell-Shorter,

Thank you for expounding on the application process. I understand that my name being added to a requisition does not automatically grant me an interview. I was not inquiring about an interview. I was only asking for more information concerning a job requisition that my name has been added to.

I received an email from Robert Williams on Friday August 1, 2025. The email contained the quarterly newsletter. In the newsletter it stated that if we had any HR question to email them. I have and was hoping to get them answered. Thank you for all the responses that you did give. I hope that you have a great rest of the day.

Respectfully,



**Donesha Jackson**
Division of County Operations/Jefferson
Program Eligibility Specialist

P: 870 939 4018
F: 870 534 3421
912 S. Poplar St.
Pine Bluff, Ar. 71601
donesha.jackson@dhs.arkansas.gov

**humanservices.arkansas.gov**



**This email may contain sensitive or confidential information.**

CONFIDENTIALITY NOTICE: The information contained in this email message and any attachment(s) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It is intended solely for the use of the entity to which this email is addressed. If you are not the intended recipient, you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender by return and delete the message and attachment(s) from your system.

6

**From:** DCO HR <DCO.HR@dhs.arkansas.gov>
**Sent:** Monday, August 4, 2025 11:28 AM
**To:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>
**Cc:** Shanee Birl <Shanee.Birl@dhs.arkansas.gov>; Stephanie Hall <Stephanie.Hall@dhs.arkansas.gov>
**Subject:** RE: Inquiry

Ms. Jackson,
Thank you for your response, as previously stated, if selected for an interview, the specific details of the position will be presented during that time. Please note, you being added to the requisition does not automatically grant you an interview. All application will be reviewed and bench marked according to the minimum qualifications. The hiring official/interview panel will present concrete information concerning the position and location.
Thank you.

Respectfully,
*Kimberly Cogshell-Shorter, MPA*


KIMBERLY COGSHELL-SHORTER, MPA
OFFICE OF HUMAN RESOURCES/DCO HR LIASION
PERSONNEL MANAGER

P: 501-683-2938
F: 501-682-8367
700 Main Street
Little Rock, AR 72201
Kimberly.Cogshell-Shorter@dhs.arkansas.gov
**humanservices.arkansas.gov**



NOTE – This email may contain sensitive or confidential information.

CONFIDENTIALITY NOTICE:  The information contained in this email message and any attachments) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information.  It is intended solely for the use of the entity to who this email is addressed.  If you are not the intended recipient, you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED.  The sender has not waived any applicable privilege by sending the accompanying transmission.  If you have received this transmission in error, please notify the sender by return and delete the message and attachment's) from your system.

**From:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>
**Sent:** Monday, August 4, 2025 11:16 AM
**To:** DCO HR <DCO.HR@dhs.arkansas.gov>
**Cc:** Stephanie Hall <Stephanie.Hall@dhs.arkansas.gov>; Shanee Birl <Shanee.Birl@dhs.arkansas.gov>
**Subject:** RE: Inquiry

Mrs. Cogshell-Shorter,

Thank you so much for your response. I have read the job advertisement. Being that the job is no longer being advertised and my name was added to the requisition, I am wanting to know more about the position if you'd be so kind to answer my questions for me. Will you? I like to be prepared.

Respectfully,



**Donesha Jackson**
Division of County Operations/Jefferson
Program Eligibility Specialist

P: 870 939 4018
F: 870 534 3421
912 S. Poplar St.
Pine Bluff, Ar. 71601
donesha.jackson@dhs.arkansas.gov

**humanservices.arkansas.gov**



**This email may contain sensitive or confidential information.**

CONFIDENTIALITY NOTICE: The information contained in this email message and any attachment(s) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It is intended solely for the use of the entity to which this email is addressed. If you are not the intended recipient, you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender by return and delete the message and attachment(s) from your system.

**From:** DCO HR <DCO.HR@dhs.arkansas.gov>
**Sent:** Monday, August 4, 2025 11:08 AM
**To:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>
**Cc:** Stephanie Hall <Stephanie.Hall@dhs.arkansas.gov>
**Subject:** RE: Inquiry

Good morning, Ms. Jackson,
Thank you for your email, please refer to the information posted on the job advertisement.
If you are selected for an interview, during that time the specifics details of the position will be discussed. Also, there will be an opportunity for you to present questions. You will receive correspondence and/or a telephone if selected for an interview.
Have a great day!

Respectfully,
*Kimberly Cogshell-Shorter, MPA*

8

KIMBERLY COGSHELL-SHORTER, MPA
OFFICE OF HUMAN RESOURCES/DCO HR LIASION
PERSONNEL MANAGER

P: 501-683-2938
F: 501-682-8367
700 Main Street
Little Rock, AR 72201
Kimberly.Cogshell-Shorter@dhs.arkansas.gov
**humanservices.arkansas.gov**



NOTE – This email may contain sensitive or confidential information.

CONFIDENTIALITY NOTICE:  The information contained in this email message and any attachments) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information.  It is intended solely for the use of the entity to who this email is addressed.  If you are not the intended recipient, you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED.  The sender has not waived any applicable privilege by sending the accompanying transmission.  If you have received this transmission in error, please notify the sender by return and delete the message and attachment's) from your system.

**From:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>
**Sent:** Monday, August 4, 2025 10:49 AM
**To:** DCO HR <DCO.HR@dhs.arkansas.gov>
**Subject:** Inquiry

Good morning,

Can someone tell me some more information about this position? My name has been forwarded to be added to the requisition. I have attached the email.

What is the:

Division, Department and Location? Who is the hiring official? When did the posting end?

Thank you so much,



Donesha Jackson

9

Division of County Operations/Jefferson
Program Eligibility Specialist

P: 870 939 4018
F: 870 534 3421
912 S. Poplar St.
Pine Bluff, Ar. 71601
donesha.jackson@dhs.arkansas.gov

**humanservices.arkansas.gov**



**This email may contain sensitive or confidential information.**

CONFIDENTIALITY NOTICE: The information contained in this email message and any attachment(s) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It is intended solely for the use of the entity to which this email is addressed. If you are not the intended recipient, you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender by return and delete the message and attachment(s) from your system.

10

**Donesha Jackson** *Attachment 5*

| | |
|---|---|
| **From:** | Donesha Jackson |
| **Sent:** | Friday, August 15, 2025 2:40 PM |
| **To:** | Sheila Smith |
| **Subject:** | RE: Job Status |

Ms. Smith,

Thank you for your detailed response. I appreciate the clarity. I hope you have a great rest of the day.

Respectfully,



**Donesha Jackson**
Division of County Operations/Jefferson
Program Eligibility Specialist

P: 870 939 4018
F: 870 534 3421
912 S. Poplar St.
Pine Bluff, Ar. 71601
donesha.jackson@dhs.arkansas.gov

**humanservices.arkansas.gov**



**This email may contain sensitive or confidential information.**

**CONFIDENTIALITY NOTICE:** The information contained in this email message and any attachment(s) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It is intended solely for the use of the entity to which this email is addressed. If you are not the intended recipient, you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender by return and delete the message and attachment(s) from your system.

**From:** Sheila Smith <Sheila.Smith@arkansas.gov>
**Sent:** Friday, August 15, 2025 1:07 PM
**To:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>
**Subject:** RE: Job Status

Good Afternoon,
We often have over 100 applicants and because I can't screen that many applicants the next day after the advertisement closes, I try to screen some everyday as time allows.  We can't move qualified applicant to the manager review tile until the advertisements end, so we move them to a

1

"holding" tile which may show as medical release. After the advertisement ends, and this one has ended, all qualified applicants are moved to the manager review tile so the hiring official can review them and select the applicants with the most preferences required in their area to contact for interviews.  The system should automatically send you an automatic email to let you know that you met the qualifications and if selected for an interview the hiring official will be contacting you.  You are no longer in medical review, You are in manager review. If you haven't received a system email, check your spam.

Thank you.



*HR Coordinator - Recruitment*
*Sheila.Smith@arkansas.gov*
*Arkansas Department of Health*
*4815 W Markham, Slot 26*
*Little Rock, AR  72205*
*Phone: 501-661-2268*
*Fax:    501-661-2675*

*The information contained in this e-mail message and any attachment is the property of the State of Arkansas thus the state, and federal laws governing disclosure of private information protect this information.  It may contain information that is privileged, confidential, or otherwise protected from disclosure.  It is intended solely for the use of the addressee.  If you are not the intended recipient, you are at this moment notified that reading, copying or distributing this e-mail or the information herein by anyone other than the intended recipient is **STRICTLY PROHIBITED**.  The sender has not waived any applicable privilege by sending the accompanying transmission.  If you have received this transmission in error, please notify the sender by reply e-mail immediately, and delete this message and attachments from your system.*

**From:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>
**Sent:** Friday, August 15, 2025 11:09 AM
**To:** Sheila Smith <Sheila.Smith@arkansas.gov>
**Subject:** Job Status

Good morning, Ms. Smith,

Hopefully, you can help me, why is the status for a position I applied for showing "Medical Release"? What does that mean?

Job title: Health Program Supervisor/Expert (PHS08P) (51060)                    Date: 07/23/2025

Recruiter:  **SHEILA L SMITH**
Status:  **Medical Release**

Respectfully,

**⊠DHS**

**Donesha Jackson**
Division of County Operations/Jefferson
Program Eligibility Specialist

2

P: 870 939 4018
F: 870 534 3421
912 S. Poplar St.
Pine Bluff, Ar. 71601
donesha.jackson@dhs.arkansas.gov

**humanservices.arkansas.gov**



**This email may contain sensitive or confidential information.**

**CONFIDENTIALITY NOTICE:** The information contained in this email message and any attachment(s) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It is intended solely for the use of the entity to which this email is addressed. If you are not the intended recipient, you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender by return and delete the message and attachment(s) from your system.

3

**Donesha Jackson**

| | |
|---|---|
| **From:** | ARCareers System Administration <system@successfactors.com> |
| **Sent:** | Wednesday, July 23, 2025 12:13 PM |
| **To:** | Donesha Jackson |
| **Subject:** | Thank you for applying to State of Arkansas |

[EXTERNAL SENDER]

Dear DONESHA,

Thank you for your interest in the position for Health Program Supervisor/Expert (PHS08P) (51060), position 22111121 . We are currently reviewing your experience and qualifications.  If your application matches our requirements, you will procced to the next step in the selection process.

If you have applied for a position within your current department, please review relevant policies, if any, regarding your eligibility for hire into another position.

Thank You,

State of Arkansas
Recruiting Team

This is a NO REPLY email address.



1

**Donesha Jackson**

| | |
|---|---|
| **From:** | ARCareers System Administration <system@successfactors.com> |
| **Sent:** | Tuesday, August 5, 2025 7:30 AM |
| **To:** | Donesha Jackson |
| **Subject:** | Met Minimum Qualifications Health Program Supervisor/Expert (PHS08P) 51060 |

[EXTERNAL SENDER]

Dear DONESHA,

Thank you for your interest in Health Program Supervisor/Expert (PHS08P) (51060), position 22111121 . After a careful review, we have determined that you have met the minimum qualifications. If you are selected for an interview, you will be contacted by a department representative.

*Please do not respond to this email.* If you are no longer interested in this position, you may withdraw your application by logging in and reviewing your job applications.

Thank you,

State of Arkansas
Recruiting Team

This is a NO REPLY email address.

1

## Donesha Jackson

| | |
|---|---|
| **From:** | ARCareers System Administration <system@successfactors.com> |
| **Sent:** | Wednesday, August 27, 2025 3:01 PM |
| **To:** | Donesha Jackson |
| **Subject:** | State of Arkansas--Job Application Update |

[EXTERNAL SENDER]



Dear DONESHA JACKSON,

Thank you for your interest in position 22111121 Health Program Supervisor/Expert (PHS08P) and for taking the time to express your interest in our position.

Although we were impressed with your level of qualifications, we are pursuing other candidates whose skills and experience more closely match the requirements of the position and needs of the department.

We appreciate your interest in AR DEPARTMENT OF HEALTH, and the time it took to apply with us. We wish you success in your career pursuit. Thank you for considering us as a potential employer.

Sincerely,

State of Arkansas
Recruiting Team

This is a NO REPLY email address.

1

**Donesha Jackson**                                        *Attachment 6*

| | |
|---|---|
| **From:** | ARCareers System Administration <system@successfactors.com> |
| **Sent:** | Monday, June 2, 2025 10:51 AM |
| **To:** | Donesha Jackson |
| **Subject:** | Thank you for applying to State of Arkansas |

[EXTERNAL SENDER]

Dear DONESHA,

Thank you for your interest in the position for DHS PROGRAM MANAGER (49556), position 22076626 . We are currently reviewing your experience and qualifications. If your application matches our requirements, you will procced to the next step in the selection process.

If you have applied for a position within your current department, please review relevant policies, if any, regarding your eligibility for hire into another position.

Thank You,

State of Arkansas
Recruiting Team

This is a NO REPLY email address.



1

## Donesha Jackson

| | |
|---|---|
| **From:** | ARCareers System Administration <system@successfactors.com> |
| **Sent:** | Tuesday, June 3, 2025 11:07 AM |
| **To:** | Donesha Jackson |
| **Subject:** | Met Minimum Qualifications DHS PROGRAM MANAGER 49556 |

[EXTERNAL SENDER]

Dear  DONESHA,

Thank you for your interest in DHS PROGRAM MANAGER (49556), position 22076626 .  After a careful review, we have determined that you have met the minimum qualifications.  If you are selected for an interview, you will be contacted by a department representative.

*Please do not respond to this email.*  If you are no longer interested in this position, you may withdraw your application by logging in and reviewing your job applications.

Thank you,

State of Arkansas
Recruiting Team

This is a NO REPLY email address.

1

**Donesha Jackson**

| | |
|---|---|
| **From:** | ARCareers System Administration <system@successfactors.com> |
| **Sent:** | Friday, July 25, 2025 9:13 AM |
| **To:** | Donesha Jackson |
| **Subject:** | State of Arkansas - Thank you for your interest |

[EXTERNAL SENDER]

Dear DONESHA,

Thank you for your recent application for Health Program Coordinator (PHS05P) (49556). At this time, we have closed or filled the job.

We encourage you to check back to our career site at https://career41.sapsf.com/career?company=stateofark& for other opportunities that you may be interested in.

We wish you the best of luck in your search.


Kind Regards,

State of Arkansas
Recruiting Team

This is a NO REPLY email address.

1



rch for actions or people

Job Search     Job Applications     Saved Jobs     Saved Searches/Alerts     My Candidate Pro

# Job Applications

*Attachment 7*

## Jobs Applied

| Job Title | Actions | Req ID | Date Applied | Status | Status Date | Next Step |
|---|---|---|---|---|---|---|
| DHS DIVISION CHIEF FISCAL OFFICER | Select | 42044 | 02/10/2025 | Requisition Closed | 06/20/2025 | |
| EXECUTIVE ASSISTANT TO THE DIRECTOR | Select | 46487 | 01/26/2025 | Thank you for applying | 02/07/2025 | Please continue to visit our career site for future opportunities. |
| EXECUTIVE ASSISTANT TO THE DIRECTOR | Select | 41954 | 08/01/2024 | Thank you for applying | 08/13/2024 | Please visit our career site for future opportunities |
| Health Program Coordinator (PHS05P) | Select | 49556 | 06/02/2025 | Requisition Closed | 07/25/2025 | |
| HEALTH PROGRAM SUPERVISOR/EXPERT | Select | 51508 | 07/31/2025 | In Process | 07/31/2025 | |
| Health Program Supervisor/Expert (PHS08P) | Select | 51060 | 07/23/2025 | Thank you for applying | 08/26/2025 | Please visit our career site for future opportunities |
| Health Program Supervisor/Expert (PHS08P) | Select | 50927 | 07/18/2025 | Thank you for applying | 07/21/2025 | Visit our career site to find future opportunities. |
| HR ADMINISTRATOR I | Select | 51813 | 08/06/2025 | Thank you for applying | 08/06/2025 | Visit our career site to find future opportunities. |
| MEDICAID FISCAL OFFICER | Select | 51231 | 08/22/2025 | In Process | 08/22/2025 | |

Items per page:     10          Showing 1–9 of 9

Sign In   Language   English US (English

## Career Opportunities: MEDICAID FISCAL OFFICER (51231)

Requisition ID 51231 - Posted 07/18/2025 - AR DEPT OF HUMAN SERVICES

🖨 Job Description Print Preview

Apply    Save Job

**Position Number: 22169687**
**County: Pulaski**
**Posting End Date: 12/99/9999**

OF

The Department of Human Services is a place for people passionate about serving others and changing lives for the better. We care for Arkansans of all ages and ensure places like child care centers and nursing homes are safe. We are the safety net for the most vulnerable Arkansans. Whether you answer the phones, take applications, protect children, or help care for residents or patients at one of our facilities, you make a difference by working at DHS. Plus, working for the State has great perks, including a pension, maternity leave, paid state holidays, and much more. At DHS, we take care of our employees so you can help care for others.

### Position Information
**Job Series:** Accountants
**Classification:** Medicaid Fiscal Officer – Competitive
**Class Code:** FAC12C
**Pay Grade:** SPC08
**Salary Range:** $114,390 - $169,298

### Job Summary
The Medicaid Fiscal Officer is a critical role within the Arkansas Department of Human Services, responsible for overseeing the financial operations of the state's Medicaid program. This position ensures that Medicaid funds are used efficiently, effectively, and in compliance with both state and federal regulations. The Medicaid Fiscal Officer will manage budgeting, financial reporting, cost analysis, and audits for Medicaid programs, as well as collaborate with other state agencies to ensure the successful administration of Medicaid services. This individual must possess strong fiscal management skills, deep knowledge of Medicaid operations, and the ability to navigate complex financial systems in a state government environment.

### Primary Responsibilities
Oversee the budget and fiscal operations of the Arkansas Medicaid program. Ensure that Medicaid funds are appropriately allocated, tracked, and spent according to state and federal guidelines. Lead the development, monitoring, and forecasting of the Medicaid program's budget, ensuring that financial resources are efficiently allocated to support program goals. Work closely with senior leadership to address budgetary constraints and make necessary adjustments as needed. Prepare and present accurate financial reports related to Medicaid expenditures, funding, and cost projections to stakeholders, including state leadership and federal agencies. Ensure compliance with all reporting requirements, including state and federal Medicaid directives. Implement and monitor cost-saving initiatives within the Medicaid program, while maintaining a high level of service and compliance. Evaluate financial performance and identify areas for improvement or cost containment. Oversee Medicaid financial audits, ensuring that audits are conducted in compliance with both state and federal regulations. Work with auditors and other state agencies to resolve any discrepancies or issues identified during audits.

### Knowledge and Skills
Strong understanding of budget development, financial reporting, and analysis. Ability to manage large budgets, monitor expenditures, and make adjustments as necessary. In-depth knowledge of Medicaid policies, regulations, and financial systems, including the reimbursement process and federal funding mechanisms (e.g., Federal Medical Assistance Percentage, or FMAP). Ability to analyze complex financial data, interpret trends, and create reports that provide actionable insights to senior management and stakeholders. Ability to ensure that all financial transactions and processes are accurate, compliant, and properly documented.

### Minimum Qualifications
A bachelor's degree in accounting, finance, business administration, or a related field, plus four (4) years of experience in fiscal management, accounting, or financial analysis is required.

### Licensure/Certifications
N/A OTHER JOB RELATED EDUCATION AND/OR EXPERIENCE MAY BE SUBSTITUTED FOR ALL OR PART OF THESE BASIC REQUIREMENTS, EXCEPT FOR CERTIFICATION OR LICENSURE REQUIREMENTS, UPON APPROVAL OF THE QUALIFICATIONS REVIEW COMMITTEE.

*The State of Arkansas is committed to providing equal employment opportunities to all employees and applicants for employment without regard to race, color, religion, sex, pregnancy, age, disability, citizenship, national origin, genetic information, military or veteran status, or any other status or characteristic protected by law.*

Apply    Save Job

# Job Title: MEDICAID FISCAL OFFICER

Requisition ID **51231** - Posted **08/22/2025** - **AR DEPT OF HUMAN SERVICES**

**Position Number: 22169687**
**County: Pulaski**
**Posting End Date: 12/99/9999**

**OF**

**The Department of Human Services is a place for people passionate about serving others and changing lives for the better. We care for Arkansans of all ages and ensure places like child care centers and nursing homes are safe. We are the safety net for the most vulnerable Arkansans. Whether you answer the phones, take applications, protect children, or help care for residents or patients at one of our facilities, you make a difference by working at DHS. Plus, working for the State has great perks, including a pension, maternity leave, paid state holidays, and much more. At DHS, we take care of our employees so you can help care for others.**

## Position Information

**Job Series:** Accountants
**Classification:** Medicaid Fiscal Officer – Competitive
**Class Code:** FAC12C
**Pay Grade:** SPC08
**Salary Range:** $114,390 - $169,298

## Job Summary

The Medicaid Fiscal Officer is a critical role within the Arkansas Department of Human Services, responsible for overseeing the financial operations of the state's Medicaid program. This position ensures that Medicaid funds are used efficiently, effectively, and in compliance with both state and federal regulations. The Medicaid Fiscal Officer will manage budgeting, financial reporting, cost analysis, and audits for Medicaid programs, as well as collaborate with other state agencies to ensure the successful administration of Medicaid services. This individual must possess strong fiscal management skills, deep knowledge of Medicaid operations, and the ability to navigate complex financial systems in a state government environment.

## Primary Responsibilities

Oversee the budget and fiscal operations of the Arkansas Medicaid program. Ensure that Medicaid funds are appropriately allocated, tracked, and spent according to state and federal guidelines. Lead the development, monitoring, and forecasting of the Medicaid program's budget, ensuring that financial resources are efficiently allocated to support program goals. Work closely with senior leadership to address budgetary constraints and make necessary adjustments as needed. Prepare and present accurate financial reports related to Medicaid expenditures, funding, and cost projections to stakeholders, including state leadership and federal agencies. Ensure compliance with all reporting requirements, including state and federal Medicaid directives. Implement and monitor cost-saving initiatives within the Medicaid program, while maintaining a high level of service and compliance. Evaluate financial performance and identify areas for improvement or cost containment. Oversee Medicaid financial audits, ensuring that audits are conducted in compliance with both state and federal regulations. Work with auditors and other state agencies to resolve any discrepancies or issues identified during audits.

## Knowledge and Skills

Strong understanding of budget development, financial reporting, and analysis. Ability to manage large budgets, monitor expenditures, and make adjustments as necessary. In-depth knowledge of Medicaid policies, regulations, and financial systems, including the reimbursement process and federal funding mechanisms (e.g., Federal Medical Assistance Percentage, or FMAP). Ability to analyze complex financial data, interpret trends, and create

Case 4:25-cv-00945-KGB Document 2 Filed 09/15/25 Page 57 of 78

reports that provide actionable insights to senior management and stakeholders. Ability to ensure that all financial transactions and processes are accurate, compliant, and properly documented.

## Minimum Qualifications

A bachelor's degree in accounting, finance, business administration, or a related field, plus four (4) years of experience in fiscal management, accounting, or financial analysis is required.

## Licensure/Certifications

N/A OTHER JOB RELATED EDUCATION AND/OR EXPERIENCE MAY BE SUBSTITUTED FOR ALL OR PART OF THESE BASIC REQUIREMENTS, EXCEPT FOR CERTIFICATION OR LICENSURE REQUIREMENTS, UPON APPROVAL OF THE QUALIFICATIONS REVIEW COMMITTEE.

*The State of Arkansas is committed to providing equal employment opportunities to all employees and applicants for employment without regard to race, color, religion, sex, pregnancy, age, disability, citizenship, national origin, genetic information, military or veteran status, or any other status or characteristic protected by law.*

**Donesha Jackson**

| | |
|---|---|
| **From:** | ARCareers System Administration <system@successfactors.com> |
| **Sent:** | Friday, August 22, 2025 11:44 AM |
| **To:** | Donesha Jackson |
| **Subject:** | Thank you for applying to State of Arkansas |

[EXTERNAL SENDER]

Dear DONESHA,

Thank you for your interest in the position for MEDICAID FISCAL OFFICER (51231), position 22169687 . We are currently reviewing your experience and qualifications. If your application matches our requirements, you will procced to the next step in the selection process.

If you have applied for a position within your current department, please review relevant policies, if any, regarding your eligibility for hire into another position.

Thank You,

State of Arkansas
Recruiting Team

This is a NO REPLY email address.



1

## Donesha Jackson

| | |
|---|---|
| **From:** | ARCareers System Administration <system@successfactors.com> |
| **Sent:** | Friday, August 22, 2025 11:51 AM |
| **To:** | Donesha Jackson |
| **Subject:** | Met Minimum Qualifications MEDICAID FISCAL OFFICER 51231 |

[EXTERNAL SENDER]



Dear DONESHA,

Thank you for your interest in MEDICAID FISCAL OFFICER (51231), position 22169687 . After a careful review, we have determined that you have met the minimum qualifications. If you are selected for an interview, you will be contacted by a department representative.

*Please do not respond to this email.* If you are no longer interested in this position, you may withdraw your application by logging in and reviewing your job applications.

Thank you,

State of Arkansas
Recruiting Team

This is a NO REPLY email address.

1

## Donesha Jackson

| | |
|---|---|
| **From:** | DHS Recruiting |
| **Sent:** | Thursday, September 4, 2025 12:53 PM |
| **To:** | Donesha Jackson; DHS Recruiting |
| **Subject:** | RE: Medicaid CFO |

Yes ma'am! No problem at all! Have a great day ●



**Sadie Gallion**
**Recruiting & Employee Wellness Administrator**

Office Phone: 501-320-3914
Cell Phone: 501-707-4689
618 Main Street, Slot W101
Little Rock, AR 72203
Email: sadie.gallion@dhs.arkansas.gov

www.humanservices.arkansas.gov





**This email may contain sensitive or confidential information.**

**Confidentiality Notice: The information contained in this email message and any attachment(s) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It is intended solely for the use of the entity to which this email is addressed. If you are not the intended recipient, you are hereby notified that reading, copying or distribution this transmission is STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender by return and delete the message and attachment(s) from your system."**

From: Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>
Sent: Thursday, September 4, 2025 12:19 PM
To: DHS Recruiting <dhs.recruiting@dhs.arkansas.gov>
Subject: RE: Medicaid CFO

Thank you, yes ma'am, this clears things up for me. I appreciate you, and I hope you have a great rest of the day.

Respectfully,



**Donesha Jackson**
Division of County Operations/Jefferson
Program Eligibility Specialist

P: 870 939 4018
F: 870 534 3421
912 S. Poplar St.
Pine Bluff, Ar. 71601
donesha.jackson@dhs.arkansas.gov

**humanservices.arkansas.gov**



**This email may contain sensitive or confidential information.**

**CONFIDENTIALITY NOTICE: The information contained in this email message and any attachment(s) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It is intended solely for the use of the entity to which this email is addressed. If you are not the intended recipient, you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender by return and delete the message and attachment(s) from your system.**

**From:** DHS Recruiting <dhs.recruiting@dhs.arkansas.gov>
**Sent:** Thursday, September 4, 2025 12:13 PM
**To:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>; DHS Recruiting <dhs.recruiting@dhs.arkansas.gov>
**Subject:** RE: Medicaid CFO

That is the same position.

We only have two executive level positions posted internally right now. Which means they can not be found on ARCareers (externally facing). The links for each position have to be sent direct to an individual to apply.

We have requested the Facebook posts to go out and be advertised more than once so you will see them periodically until the positions have been filled. There was a request by the hiring official to change the name of the position posted to social media to match the description of the job functions better. This is why it now reads "Medicaid Chief Financial Officer".

There are no other positions to apply for except for the two links below.

Deputy Secretary & Medicaid Director (Chief Programs Director) -
https://hcm41.sapsf.com/sf/jobreqpvt?jobId=52296&company=stateofark&st=6547F63653B8F88BB5B214DBD1CAE978D3D85CBC

Medicaid Fiscal Officer -
https://hcm41.sapsf.com/sf/jobreqpvt?jobId=51231&company=stateofark&st=6A5ABC09F3EE282808E2C481402AFB58E31EB1BA

2

I hope this helps with any confusion.

Thank you!



**Sadie Gallion**
**Recruiting & Employee Wellness Administrator**

Office Phone: 501-320-3914
Cell Phone: 501-707-4689
618 Main Street, Slot W101
Little Rock, AR 72203
Email: sadie.gallion@dhs.arkansas.gov

www.humanservices.arkansas.gov





**This email may contain sensitive or confidential information.**

**Confidentiality Notice: The information contained in this email message and any attachment(s) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It is intended solely for the use of the entity to which this email is addressed. If you are not the intended recipient, you are hereby notified that reading, copying or distribution this transmission is STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender by return and delete the message and attachment(s) from your system."**

**From:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>
**Sent:** Thursday, September 4, 2025 12:06 PM
**To:** DHS Recruiting <dhs.recruiting@dhs.arkansas.gov>
**Subject:** RE: Medicaid CFO

Thank you for your response. I appreciate all your help and taking the time to explain everything to me. I applied for Medicaid Fiscal Officer (51231) on 8/22/25. I have not applied for Medicaid Chief Financial Officer. This position was just posted on Tuesday. It was posted after my application for Medicaid Fiscal Officer (51231). I want to make sure that I apply for both positions.

Respectfully,

3



**Donesha Jackson**
Division of County Operations/Jefferson
Program Eligibility Specialist

P: 870 939 4018
F: 870 534 3421
912 S. Poplar St.
Pine Bluff, Ar. 71601
donesha.jackson@dhs.arkansas.gov

**humanservices.arkansas.gov**



**This email may contain sensitive or confidential information.**

**CONFIDENTIALITY NOTICE:** The information contained in this email message and any attachment(s) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It is intended solely for the use of the entity to which this email is addressed. If you are not the intended recipient, you are hereby notified that reading, copying or distribution of this transmission is **STRICTLY PROHIBITED.** The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender by return and delete the message and attachment(s) from your system.

**From:** DHS Recruiting <dhs.recruiting@dhs.arkansas.gov>
**Sent:** Thursday, September 4, 2025 11:58 AM
**To:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>; DHS Recruiting <dhs.recruiting@dhs.arkansas.gov>
**Subject:** RE: Medicaid CFO

You have already applied for that position and you are currently in Manager Review. They have not filled or made any decisions regarding that position.



**Sadie Gallion**
**Recruiting & Employee Wellness Administrator**

Office Phone: 501-320-3914
Cell Phone: 501-707-4689
618 Main Street, Slot W101
Little Rock, AR 72203
Email: sadie.gallion@dhs.arkansas.gov

www.humanservices.arkansas.gov





**This email may contain sensitive or confidential information.**

**Confidentiality Notice: The information contained in this email message and any attachment(s) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It is intended solely for the use of the entity to which this email is addressed. If you are not the intended recipient, you are hereby notified that reading, copying or distribution this transmission is STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender by return and delete the message and attachment(s) from your system."**

**From:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>
**Sent:** Thursday, September 4, 2025 11:14 AM
**To:** DHS Recruiting <dhs.recruiting@dhs.arkansas.gov>
**Subject:** RE: Medicaid CFO

Thank you, however this is not the link I am needing. I need the link for the Medicaid Chief Financial Officer position posted on the agency's social media (Facebook) page on Tuesday September 2, 2025. It is currently being advertised. I would like to apply for that position.

Respectfully,



**Donesha Jackson**
Division of County Operations/Jefferson
Program Eligibility Specialist

P: 870 939 4018
F: 870 534 3421
912 S. Poplar St.
Pine Bluff, Ar. 71601
donesha.jackson@dhs.arkansas.gov

**humanservices.arkansas.gov**



**This email may contain sensitive or confidential information.**

CONFIDENTIALITY NOTICE: The information contained in this email message and any attachment(s) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It is intended solely for the use of the entity to which this email is addressed. If you are not the

5

intended recipient, you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender by return and delete the message and attachment(s) from your system.

**From:** DHS Recruiting <dhs.recruiting@dhs.arkansas.gov>
**Sent:** Thursday, September 4, 2025 11:09 AM
**To:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>; DHS Recruiting <dhs.recruiting@dhs.arkansas.gov>
**Subject:** RE: Medicaid CFO

Here is the link to the Deputy Secretary & Medicaid Director (Chief Programs Director) -
https://hcm41.sapsf.com/sf/jobreqpvt?jobId=52296&company=stateofark&st=6547F63653B8F88BB5B214DBD1CAE978D3D85CBC

After you apply, your application will be screened based on the minimum qualifications listed in the job details.

Let me know if you have any questions.

Thank you!



**Sadie Gallion**
**Recruiting & Employee Wellness Administrator**

Office Phone: 501-320-3914
Cell Phone: 501-707-4689
618 Main Street, Slot W101
Little Rock, AR 72203
Email: sadie.gallion@dhs.arkansas.gov

www.humanservices.arkansas.gov





**This email may contain sensitive or confidential information.**

**Confidentiality Notice: The information contained in this email message and any attachment(s) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It is intended solely for the use of the entity to which this email is addressed. If you are not the intended recipient, you are hereby notified that reading, copying or distribution this transmission is STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender by return and delete the message and attachment(s) from your system."**

**From:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>
**Sent:** Thursday, September 4, 2025 8:10 AM
**To:** DHS Recruiting <dhs.recruiting@dhs.arkansas.gov>
**Subject:** RE: Medicaid CFO

Good morning,

Thank you, I would like to apply for the newly listed Medicaid CFO position as well.

Respectfully,



**Donesha Jackson**
Division of County Operations/Jefferson
Program Eligibility Specialist

P: 870 939 4018
F: 870 534 3421
912 S. Poplar St.
Pine Bluff, Ar. 71601
donesha.jackson@dhs.arkansas.gov

**humanservices.arkansas.gov**



**This email may contain sensitive or confidential information.**

**CONFIDENTIALITY NOTICE:** The information contained in this email message and any attachment(s) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It is intended solely for the use of the entity to which this email is addressed. If you are not the intended recipient, you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender by return and delete the message and attachment(s) from your system.

**From:** DHS Recruiting <dhs.recruiting@dhs.arkansas.gov>
**Sent:** Thursday, September 4, 2025 7:22 AM
**To:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>; DHS Recruiting <dhs.recruiting@dhs.arkansas.gov>
**Subject:** RE: Medicaid CFO

It has not been filled.



**Sadie Gallion**

7

**Recruiting & Employee Wellness Administrator**

Office Phone: 501-320-3914
Cell Phone: 501-707-4689
618 Main Street, Slot W101
Little Rock, AR 72203
Email: sadie.gallion@dhs.arkansas.gov

www.humanservices.arkansas.gov





**This email may contain sensitive or confidential information.**

**Confidentiality Notice: The information contained in this email message and any attachment(s) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It is intended solely for the use of the entity to which this email is addressed. If you are not the intended recipient, you are hereby notified that reading, copying or distribution this transmission is STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender by return and delete the message and attachment(s) from your system."**

**From:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>
**Sent:** Wednesday, September 3, 2025 1:23 PM
**To:** DHS Recruiting <dhs.recruiting@dhs.arkansas.gov>
**Subject:** RE: Medicaid CFO

Thank you for your response. Yes ma'am, I understand. I am inquiring about the Medicaid CFO position. On August 20th there was a position advertised titled "Medicaid Fiscal Officer". I applied for this position, is this a separate position from the newly posted Medicaid CFO position? The "Medicaid Fiscal Officer" advertisement is no longer advertised, was it filled?

Thank you,



**Donesha Jackson**
Division of County Operations/Jefferson
Program Eligibility Specialist

P: 870 939 4018
F: 870 534 3421
912 S. Poplar St.
Pine Bluff, Ar. 71601
donesha.jackson@dhs.arkansas.gov

8

humanservices.arkansas.gov



**This email may contain sensitive or confidential information.**

CONFIDENTIALITY NOTICE: The information contained in this email message and any attachment(s) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It is intended solely for the use of the entity to which this email is addressed. If you are not the intended recipient, you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender by return and delete the message and attachment(s) from your system.

**From:** DHS Recruiting <dhs.recruiting@dhs.arkansas.gov>
**Sent:** Wednesday, September 3, 2025 1:13 PM
**To:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>; DHS Recruiting <dhs.recruiting@dhs.arkansas.gov>
**Subject:** RE: Medicaid CFO

The Medicaid CFO and the Deputy Secretary & Medicaid Director are two different positions.

Both positions are not externally advertised. A link is provided in order to apply.



**Sadie Gallion**
**Recruiting & Employee Wellness Administrator**

Office Phone: 501-320-3914
Cell Phone: 501-707-4689
618 Main Street, Slot W101
Little Rock, AR 72203
Email: sadie.gallion@dhs.arkansas.gov

www.humanservices.arkansas.gov





**This email may contain sensitive or confidential information.**

**Confidentiality Notice: The information contained in this email message and any attachment(s) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It is intended solely for the use of the entity to which this email is addressed. If you are**

not the intended recipient, you are hereby notified that reading, copying or distribution this transmission is **STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender by return and delete the message and attachment(s) from your system."**

**From:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>
**Sent:** Wednesday, September 3, 2025 8:24 AM
**To:** DHS Recruiting <dhs.recruiting@dhs.arkansas.gov>
**Subject:** RE: Medicaid CFO

Good morning,

Hopefully you can help me, I am inquiring about the Medicaid Chief Financial Officer position posted on the agency website yesterday. I recently applied for the Medicaid Fiscal Officer position posted on August 20, 2025. I no longer see that job advertisement on the agency website. Are these positions one in the same?

Thank you,



**Donesha Jackson**
Division of County Operations/Jefferson
Program Eligibility Specialist

P: 870 939 4018
F: 870 534 3421
912 S. Poplar St.
Pine Bluff, Ar. 71601
donesha.jackson@dhs.arkansas.gov

**humanservices.arkansas.gov**



**This email may contain sensitive or confidential information.**

**CONFIDENTIALITY NOTICE: The information contained in this email message and any attachment(s) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It is intended solely for the use of the entity to which this email is addressed. If you are not the intended recipient, you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender by return and delete the message and attachment(s) from your system.**

**From:** DHS Recruiting <dhs.recruiting@dhs.arkansas.gov>
**Sent:** Friday, August 22, 2025 12:06 PM
**To:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>; DHS Recruiting <dhs.recruiting@dhs.arkansas.gov>
**Subject:** RE: Medicaid CFO

You're welcome!

10



**Sadie Gallion**
**Recruiting & Employee Wellness Administrator**

Office Phone: 501-320-3914
Cell Phone: 501-707-4689
618 Main Street, Slot W101
Little Rock, AR 72203
Email: sadie.gallion@dhs.arkansas.gov

www.humanservices.arkansas.gov





**This email may contain sensitive or confidential information.**

**Confidentiality Notice: The information contained in this email message and any attachment(s) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It is intended solely for the use of the entity to which this email is addressed. If you are not the intended recipient, you are hereby notified that reading, copying or distribution this transmission is STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender by return and delete the message and attachment(s) from your system."**

**From:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>
**Sent:** Friday, August 22, 2025 11:46 AM
**To:** DHS Recruiting <dhs.recruiting@dhs.arkansas.gov>
**Subject:** RE: Medicaid CFO

I was able to complete the application, thank you so much for all your help.

Respectfully,



**Donesha Jackson**
Division of County Operations/Jefferson
Program Eligibility Specialist

P: 870 939 4018
F: 870 534 3421

11

912 S. Poplar St.
Pine Bluff, Ar. 71601
donesha.jackson@dhs.arkansas.gov

**humanservices.arkansas.gov**



**This email may contain sensitive or confidential information.**

**CONFIDENTIALITY NOTICE:** The information contained in this email message and any attachment(s) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It is intended solely for the use of the entity to which this email is addressed. If you are not the intended recipient, you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender by return and delete the message and attachment(s) from your system.

**From:** DHS Recruiting <dhs.recruiting@dhs.arkansas.gov>
**Sent:** Friday, August 22, 2025 11:27 AM
**To:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>; DHS Recruiting <dhs.recruiting@dhs.arkansas.gov>
**Subject:** RE: Medicaid CFO

Try this link
https://hcm41.sapsf.com/sf/jobreqpvt?jobId=51231&company=stateofark&st=6A5ABC09F3EE282808E2C481402AFB58E31EB1BA



**Sadie Gallion**
**Recruiting & Employee Wellness Administrator**

Office Phone: 501-320-3914
Cell Phone: 501-707-4689
618 Main Street, Slot W101
Little Rock, AR 72203
Email: sadie.gallion@dhs.arkansas.gov

www.humanservices.arkansas.gov





**This email may contain sensitive or confidential information.**

**Confidentiality Notice: The information contained in this email message and any attachment(s) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It is intended solely for the use of the entity to which this email is addressed. If you are not the intended recipient, you are hereby notified that reading, copying or distribution this transmission is STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender by return and delete the message and attachment(s) from your system."**

**From:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>
**Sent:** Friday, August 22, 2025 11:23 AM
**To:** DHS Recruiting <dhs.recruiting@dhs.arkansas.gov>
**Subject:** RE: Medicaid CFO

Thank you, I am checking the system again. I am logged in; this is what I see. See below.

# Career Opportunities



Keywords

fiscal                                                        ❓

☐ Exact Match

◉ in job title

◯ in job title or description

Department:

Any ⌄

Requisition ID:

County

Any ⌄

4 Jobs match the selections

**Search Jobs**   Clear

Save this search   [ Run a saved search ⌄ ]

**4 Jobs matched your search**

Items per page   **10** ⌄                    Page  **1**

FISCAL SUPPORT MANAGER

Requisition ID: 52172 - Posted on 08/20/2025 - AR DEPT OF

CHIEF FISCAL OFFICER I

Requisition ID: 52217 - Posted on 08/20/2025 - AR PUBLIC

FISCAL SUPPORT SPECIALIST

Requisition ID: 52054 - Posted on 08/18/2025 - AR DEPT OF

FISCAL ASSOCIATE (Q034U)

Requisition ID: 41486 - Posted on 07/10/2025 - OFFICE OF

Respectfully,

13



**Donesha Jackson**
Division of County Operations/Jefferson
Program Eligibility Specialist '

P: 870 939 4018
F: 870 534 3421
912 S. Poplar St.
Pine Bluff, Ar. 71601
donesha.jackson@dhs.arkansas.gov

**humanservices.arkansas.gov**



**This email may contain sensitive or confidential information.**

**CONFIDENTIALITY NOTICE: The information contained in this email message and any attachment(s) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It is intended solely for the use of the entity to which this email is addressed. If you are not the intended recipient, you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender by return and delete the message and attachment(s) from your system.**

**From:** DHS Recruiting <dhs.recruiting@dhs.arkansas.gov>
**Sent:** Friday, August 22, 2025 11:15 AM
**To:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>; DHS Recruiting <dhs.recruiting@dhs.arkansas.gov>
**Subject:** RE: Medicaid CFO

No you will use your login that you've had in the past to apply for positions.



**Sadie Gallion**
**Recruiting & Employee Wellness Administrator**

Office Phone: 501-320-3914
Cell Phone: 501-707-4689
618 Main Street, Slot W101
Little Rock, AR 72203
Email: sadie.gallion@dhs.arkansas.gov

www.humanservices.arkansas.gov

14



**This email may contain sensitive or confidential information.**

**Confidentiality Notice: The information contained in this email message and any attachment(s) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It is intended solely for the use of the entity to which this email is addressed. If you are not the intended recipient, you are hereby notified that reading, copying or distribution this transmission is STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender by return and delete the message and attachment(s) from your system."**

**From:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>
**Sent:** Friday, August 22, 2025 10:52 AM
**To:** DHS Recruiting <dhs.recruiting@dhs.arkansas.gov>
**Subject:** RE: Medicaid CFO

Thank you for your response. Will I need to create a separate ArCareers log in other than SuccessFactors? This is what comes up when I click "apply" on the job advertisement.

15

**CONFIDENTIALITY NOTICE:** The information contained in this email message and any attachment(s) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It is intended solely for the use of the entity to which this email is addressed. If you are not the intended recipient, you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender by return and delete the message and attachment(s) from your system.

**From:** DHS Recruiting <dhs.recruiting@dhs.arkansas.gov>
**Sent:** Friday, August 22, 2025 10:48 AM
**To:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>; DHS Recruiting <dhs.recruiting@dhs.arkansas.gov>
**Subject:** RE: Medicaid CFO

Hello,

Here's the link to apply
https://career41.sapsf.com/sfcareer/jobreqcareerpvt?jobId=51231&company=stateofark&st=6A5ABC09F3EE282808E2C481402AFB58E31EB1BA it is not posted to ARCareers.

Once you apply, you will be screened accordingly based on the minimum qualifications listed in the position.

Thank you!



**Sadie Gallion**
**Recruiting & Employee Wellness Administrator**

Office Phone: 501-320-3914
Cell Phone: 501-707-4689
618 Main Street, Slot W101
Little Rock, AR 72203
Email: sadie.gallion@dhs.arkansas.gov

www.humanservices.arkansas.gov





**This email may contain sensitive or confidential information.**

**Confidentiality Notice:** The information contained in this email message and any attachment(s) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It is intended solely for the use of the entity to which this email is addressed. If you are not the intended recipient, you are hereby notified that reading, copying or distribution this transmission is

17

**STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender by return and delete the message and attachment(s) from your system."**

**From:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>
**Sent:** Friday, August 22, 2025 10:11 AM
**To:** DHS Recruiting <dhs.recruiting@dhs.arkansas.gov>
**Subject:** Medicaid CFO

Good morning,

I am submitting my resume for application of Medicaid Fiscal Officer (51231). Is there an additional application step or process that I need to take, as this job isn't listed on ArCareers (SuccessFactors)?

Respectfully,



**Donesha Jackson**
Division of County Operations/Jefferson
Program Eligibility Specialist

P: 870 939 4018
F: 870 534 3421
912 S. Poplar St.
Pine Bluff, Ar. 71601
donesha.jackson@dhs.arkansas.gov

**humanservices.arkansas.gov**



**This email may contain sensitive or confidential information.**

**CONFIDENTIALITY NOTICE:** The information contained in this email message and any attachment(s) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It is intended solely for the use of the entity to which this email is addressed. If you are not the intended recipient, you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender by return and delete the message and attachment(s) from your system.

18



## Career Opportunities: Sign In

### Already have an account?

Enter your email address and password (Credentials are case sensitive).

*indicates a required field.

Email Address:*

Password:*

| Sign In | Forgot your password? |

### Not a registered user yet?

Create an account to apply for our career opportunities.

Respectfully,

**DHS**

**Donesha Jackson**
Division of County Operations/Jefferson
Program Eligibility Specialist

P: 870 939 4018
F: 870 534 3421
912 S. Poplar St.
Pine Bluff, Ar. 71601
donesha.jackson@dhs.arkansas.gov

**humanservices.arkansas.gov**

**This email may contain sensitive or confidential information.**

16



This email may contain sensitive or confidential information.

**Confidentiality Notice: The information contained in this email message and any attachment(s) is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It is intended solely for the use of the entity to which this email is addressed. If you are not the intended recipient, you are hereby notified that reading, copying or distribution this transmission is STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender by return and delete the message and attachment(s) from your system."**

**From:** Donesha Jackson <Donesha.Jackson@dhs.arkansas.gov>
**Sent:** Friday, August 22, 2025 10:52 AM
**To:** DHS Recruiting <dhs.recruiting@dhs.arkansas.gov>
**Subject:** RE: Medicaid CFO

Thank you for your response. Will I need to create a separate ArCareers log in other than SuccessFactors? This is what comes up when I click "apply" on the job advertisement.

15